IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL D. STEVENSON, | ) | No. C 11-1608 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| WARDEN A. HEDGPETH, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim.

IT IS SO ORDERED.

DATED:  7/29/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.11\Stevenson608jud.wpd